| Case | Number | Date | Judge | Disposition |
|---|---|---|---|---|
| L.J., In re Adoption of | 64A03–1608–AD–1886 | 05/16/2017 | BRADFORD, J. | Affirmed in part, reversed in part, and remanded with instructions |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Harrell v. State | 05A05–1606–CR–1510 | 05/16/2017 | KIRSCH, J. | Affirmed and remanded |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Berrum v. State | 02A03–1607–CR–1673 | 05/16/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| W.W., In re | 55A01–1702–JT–225 | 05/16/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Mitchell v. State | 71A04–1608–CR–1835 | 05/16/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Isom v. State | 18A02–1611–CR–2642 | 05/16/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Jordan v. State | 02A05–1612–CR–2780 | 05/16/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Hudgins v. State | 49A02–1612–CR–2760 | 05/16/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| S.C. v. Indiana Department of Child Services, Local Knox County Office | 42A01–1611–JT–2618 | 05/16/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Andrew v. State | 49A04–1610–CR–2399 | 05/16/2017 | RILEY, J. | Vacated |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs with separate opinion |